[No. 6650–5–II. Division Two. October 26, 1984.]

MARTHA KAY NELSON, *Respondent,* v. LAWRENCE
L. GRAY, ET AL, *Appellants.*

ILA M. NELSON, *as Personal Representative, Respondent,*
v. LAWRENCE L. GRAY, ET AL, *Appellants.*

Appeal from a judgment of the Superior Court for Pierce
County, No. 285315, Arthur W. Verharen, J., entered September 24, 1982. *Affirmed* by unpublished opinion per
Worswick, A.C.J., concurred in by Petrie and Reed, JJ.

[No. 6287–9–II. Division Two. October 26, 1984.]

ROGNLIN'S INC., *Respondent,* v. DUJARDIN CUSTOM
HOMES, INC., *Appellant.*

Appeal from a judgment of the Superior Court for Grays
Harbor County, No. 81–2–00513–2, John W. Schumacher,
J., entered April 9, 1982. *Affirmed* by unpublished opinion
per Petrich, C.J., concurred in by Petrie and Worswick, JJ.

[No. 6909–1–II. Division Two. October 26, 1984.]

THE STATE OF WASHINGTON, *Respondent,* v. ROXIE
KROLL, *Appellant.*

Appeal from a judgment of the Superior Court for Cowlitz County, No. 82–1–00073–3, Alan R. Hallowell, J.,
entered January 20, 1983. *Affirmed* by unpublished opinion
per Reed, J., concurred in by Worswick, A.C.J., and Petrie,
J.